**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | 07-8536M |
| ) | |
| Plaintiff, ) | **MENTAL COMPETENCY** |
| ) | **AND TRANSPORTATION** |
| vs. ) | **ORDER** |
| ) | |
| Gerardo Flores-Campos, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

This matter arises on defense counsel's Motion Regarding Status of 18 U.S.C. § 4241(b) etc., filed on September 14, 2007. (docket # 10)  Defense counsel has been informed by Dr. Hector Barillas subsequent to his mental evaluation of Defendant that Defendant is "not competent and is probably suffering from schizophrenia, but may be restorable if he responds to aggressive psychopharmacological interventions." (*Id.* at 1) Defense counsel requests that this Court "enter an order that he be committed to the custody of the Attorney General for hospitalization, in accordance with 18 USC 4241(d), as there exists a preponderance of the evidence via Dr. Barillas' oral determination, that he is presently suffering from a mental disease or defect . . . ."

There being no opposition to the written motion from the Government and good cause appearing,

///

///

**IT IS ORDERED** that Defendant's Motion Regarding Status of 18 U.S.C. § 4241(b) etc. is hereby **GRANTED**.  Pursuant to 18 U.S.C. §4241(b) and (d)(1), Defendant is hereby committed to the custody of the Attorney General for hospitalization and psychiatric treatment in a suitable health care facility for a reasonable period of time, **not to exceed four (4) months**, as is necessary to determine whether there is a substantial probability that in the foreseeable future Defendant will attain the mental capacity to permit these criminal proceedings to proceed; and for such an additional reasonable period of time, upon timely written request by the health care facility for good cause shown, until Defendant's mental condition is so improved that court proceedings may proceed against him according to federal law, whichever is earlier.

A psychiatric or psychological report shall be timely filed with the Court pursuant to the provisions of § 4247 (b) and (c), advising, at a minimum, (1) whether Defendant has been restored to competency, (2) whether Defendant has voluntarily taken medication and, if so, the identity and dosage of such medication that will maintain Defendant's competency *pendente lite*, and (3) if Defendant has not been restored to competency, a medical recommendation on future treatment or other disposition in accordance with federal law.

**IT IS FURTHER ORDERED** that Defendant shall not be medicated absent his express consent or further order from the District Court of Arizona.

**IT IS FURTHER ORDERED** that upon Defendant's return to the District of Arizona, the U.S. Marshal Service shall obtain a written list of all prescription medications, if any, including all psychotropic drugs and their dosages administered to Defendant at discharge from his hospitalization and psychiatric treatment and a copy of Defendant's chronological ("chrono") prescription drug history at the subject health care facility and shall provide said records to Corrections Corporation of America, Central Arizona Detention Center, on or before Defendant's physical return for further court proceedings.

**IT IS FURTHER ORDERED** that Defendant shall remain temporarily detained until further order of this Court.

1      **IT IS FURTHER ORDERED** that defense counsel shall promptly file under seal
2 upon receipt of Dr. Barillas' original forensic mental health evaluation report of Defendant
3 with a complete copy promptly e-mailed or faxed to the undersigned's chambers and AUSA
4 Sarah L. Harnett.

5      **IT IS FURTHER ORDERED** that the excludable delay is found to commence
6 on    9/17/07    pursuant to 18 U.S.C. §3161(h)(1)(A).

7      **IT IS FURTHER ORDERED vacating** the status conference current set for
8 **November 14, 2007 at 1:30 p.m.** before the undersigned and setting a status conference re:
9 mental competency exam and detention and preliminary hearings for **Monday,**
10 **February 4, 2008 at 1:30 p.m.** before the undersigned.

11      DATED this 17th day of September, 2007.

*[signature]*
Lawrence O. Anderson
United States Magistrate Judge